

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2025

No. 04-25-00433-CR

**EX PARTE** Ricardo Juan **ALATORRE**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2024CRB001461L2
Honorable Leticia Martinez, Judge Presiding

### ORDER

Sitting:    Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, we **DISMISS** Ricardo Juan Alatorre's appeal.

It is so **ORDERED** on December 10, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court